UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

KIDARIUM, LLC,

                Plaintiff,                **Case No.: 1:19-cv-10617-JMF**

v.

KIDVILLE FRANCHISE COMPANY, LLC,

                Defendant.

_____

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff hereby dismisses this suit without prejudice.

Dated: January 22, 2020        GARNER & GINSBURG, P.A.

/s/ W. Michael Garner
W. Michael Garner (3558)
5030 Broadway, Suite 631
New York, N.Y. 10034
Tel.: (612) 259-4800
Fax: (612) 259-4810
Email: wmgarner@yourfranchiselawyer.com

***Lead Attorneys for Plaintiff***
***Kidarium, LLC***

CALIHAN LAW PLLC

/s/ Robert B. Calihan
Robert B. Calihan (Bar #1817659)
620 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 281-2593

Facsimile: (866) 533-4206
Email: rcalihan@calihanlaw.com

***Co-Counsel for Plaintiff***
***Kidarium, LLC***